HELEN CLAIRE BLANK, Appellant, v. JAMES J. BROWNE, as Park Commissioner of the Borough of Brooklyn, and HARRY D. SHEA, Respondents.— Motion for stay granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ALFRED H. BLUMBERG and MILTON L. BLUMBERG, Respondents, v. 4602 FOURTEENTH AVENUE CORPORATION and Others, Defendants. LIGHTOLIER COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANTONIO BONGIOVANNI, Respondent, v. BENJAMIN WOOL, SELWYN HOLDING CORPORATION and YOUANDI REALTY CORPORATION, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE BROOKLYN CHILDREN'S AID SOCIETY, Appellant, v. INDUSTRIAL BOARD OF THE DEPARTMENT OF LABOR OF THE STATE OF NEW YORK, and FRANÇES PERKINS, etc., Respondents.— Motion to resettle order granted and order resettled by striking therefrom the words " with costs." Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee, etc., Plaintiff, v. FREDERICK McHENRY KITCHING, Individually and as Guardian ad Litem of CORT KITCHING, Infant, and FLORENCE MELLIN KITCHING, Appellants. MORRIS MEYERS and SAMUEL MEYERS, Attorneys, Respondents.— Motion to dismiss appeals granted and appeals dismissed, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CONTRACTORS TRADING CO., INC., Respondent, v. HENNEY CONTRACTING CORPORATION, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANTHONY COPPOLA, Respondent, v. THE CITY OF NEW YORK and THOMAS F. DWYER, Commissioner of Public Markets of the City of New York, Appellants.— Motion for reargument denied. Motion for resettlement of order denied. The court is of opinion that this matter is one for the consideration of the board of estimate and apportionment of the city of New York. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANNA DOWDELL, as Administratrix, etc., of CHRISTOPHER DOWDELL, Deceased, Respondent, v. COMMERCIAL STEVEDORING CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

EDNOM SECURITIES CORPORATION, Respondent, v. ROCKAWAY CONSTRUCTION CO., INC., and Others, Defendants. MINNIE SCHETTINO, Appellant.— Motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WILLIAM FETNER, Respondent, v. MARY E. McMENAMY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.